UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
STEELITE INTERNATIONAL U.S.A., INC., et ano.,

                Plaintiff,

    -against-                                     21-cv-2645 (LAK)

MCMANUS,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        The Court has scheduled argument on the order to show cause [Dkt. 13] to be held by video-conference on Monday, April 5, 2021 at 10:00 AM.

        The audio only dial-in for the argument is 917-933-2166 and the conference code is 863479132#. Plaintiff's counsel is directed to ensure that defendant receives a copy of this order and the link to access the video-conference, which was circulated to plaintiff's counsel via email, by 5:00 PM on April 3, 2021.

        SO ORDERED.

Dated:       April 2, 2021

                                        /s/ Lewis A. Kaplan  /BT
                                               Lewis A. Kaplan
                                          United States District Judge