UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
STEELITE INTERNATIONAL U.S.A., INC., et ano.,

                        Plaintiffs,

         against                                                   21-cv-2645 (LAK)

ROBERT KENNETH MCMANUS,

                        Defendant(s).
------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge*.

        Plaintiffs submitted a proposed order to show cause with a temporary restraining order ("TRO"). The Court today heard oral argument on the TRO. It elected to treat the proposed order to show cause as a motion for a TRO and a preliminary injunction, denied the TRO, ordered very limited expedited discovery, and set an evidentiary hearing on the preliminary injunction motion for April 13, 2021 at 2:30 p.m.

        SO ORDERED.

Dated:      April 5, 2021

                                                                   _____
                                                                         Lewis A. Kaplan
                                                                      United States District Judge