UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEELITE INTERNATIONAL U.S.A. INC., ET AL.,

        Plaintiffs,

  -against-

ROBERT KENNETH MCMANUS,

        Defendant.

21-CV-2645 (LAK) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    Prior to **November 18, 2021**, lead counsel must meet at least once in real time (in person, by telephone, or by videoconference) to continue their settlement negotiations. No later than **November 18, 2021**, the parties shall submit a single (joint) confidential settlement letter to chambers by email, addressed to Moses_NYSDChambers@nysd.uscourts.gov, updating the Court as to their settlement progress and advising whether a follow-up settlement conference would be helpful.

Dated: New York, New York
       November 5, 2021

                            **SO ORDERED**.

                            _____
                            **BARBARA MOSES**
                            **United States Magistrate Judge**