UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

Steelite International U.S.A. Inc.,
et al.,

             Plaintiffs,

                                  21-cv-2645 (LAK)(BCM)

v.

Robert Kenneth McManus,

             Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/6/21

**ORDER**

        Magistrate Judge Moses has informed the Court that the parties have reached a settlement. Accordingly, the case is dismissed with prejudice and without costs subject to right to reinstate by serving and filing a notice to that effect on or before January 6, 2021, if the settlement has not been consummated by then.

DATED: December 6, 2021

                                                           Lewis A. Kaplan
                                               United States District Judge