**MEMO ENDORSED**

MARK A. BECKMAN
MBECKMAN@GRSM.COM
DIRECT DIAL: (212) 453-0724

**GORDON&REES**
SCULLY MANSUKHANI
YOUR 50 STATE PARTNER™

ATTORNEYS AT LAW
1 BATTERY PARK PLAZA, 28TH FLOOR
NEW YORK, NY 10004
WWW.GRSM.COM

January 5, 2022

**VIA ECF**
Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, New York 10007

Re:   *Steelite International U.S.A. Inc., et al. v. Robert Kenneth McManus*
      Civil Action No. 1:21-cv-2645 (LAK) (BCM)

Dear Judge Kaplan:

We represent plaintiff Steelite International U.S.A. Inc. and DWH&S, Inc. (collectively, "Plaintiffs") in the above-referenced action and we write jointly with counsel for defendant Robert Kenneth McManus ("Defendant") pursuant to the Court's order to report by January 5th. As the Court is aware, the parties reached a settlement in principle. While the parties have been working together to finalize the terms of their agreement, additional time is needed to reduce the remaining items to writing.

Thus, we respectfully request the Court issue an order removing all deadlines in this matter, and keeping the matter open for a period of thirty (30) days to allow the parties to finalize the settlement, and file a stipulation dismissing this matter.

We appreciate the Court's attention to this matter.

Respectfully submitted,

Mark A. Beckman

cc:   All Counsel of Record (*via* ECF)
      Honorable Barbara Moses, U.S.M.J.

*[Handwritten endorsement:] Case dismissed with prejudice save that either side may reinstate it by filing a notice of reinstatement on or before February 6, 2022 if the settlement agreement is not completed by then. So ordered.*

*/s/ Lewis A. Kaplan   1.6.22*